### 10858.    BAILEY *v.* THE STATE.

BROYLES, C. J.    1. Under the facts of the case the court did not err in overruling the defendant's motion for a continuance of the case.
2. The evidence amply authorized the verdict, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 4, 1919.

Conviction of assault and battery; from Barrow superior court—Judge Cobb.    July 24, 1919.

*M. D. Irwin, I. L. Oakes,* for plaintiff in error.

*W. O. Dean, solicitor-general,* contra.